UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| July 7, 2026 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

ARTURO DE LA ROSA TORRES (A-222-557-403),

Petitioner,

v.

TODD HUDSON, WARDEN, MESA VERDE DETENTION CENTER, et al.,

Respondents.

No.  1:26-cv-4884 TLN CSK

**MINUTE ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On June 25, 2026, the district court referred this matter to this Court for further proceedings.  (ECF No. 4.)  On June 25, 2026, petitioner filed a first amended petition.  (ECF No. 6.)  On June 26, 2026, this Court granted counsel's application for pro hac vice.  (ECF No. 7.)  On July 2, 2026, the claims of petitioner's brother were severed from this action and now proceed in Alejandro Jailinn De La Rosa Torres v. Chestnut, No. 1:26-cv-5077 TLN CSK (E.D. Cal.).

The court has conducted a preliminary review of the first amended petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondents are directed to file an answer or motion to dismiss to the first amended petition (ECF No. 6) within 7 days from the date of this order.  Respondents are warned that the failure to respond to the first amended petition will be interpreted as non-opposition to granting the relief requested in the first amended petition.

2.  Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 7 days after being served with a copy of respondents' answer or motion to dismiss.  A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.